**JAMES M. CHAVEZ**
California State Bar No. 255766
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Garcia-Lopez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj8608 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| **FRANCISCO GARCIA-LOPEZ,** ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: July 10, 2008    *s/ James M. Chavez*
Federal Defenders of San Diego, Inc.
*james_chavez@fd.org*

1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5

6  Attorneys for Mr. Garcia-Lopez

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No. 08mj8608
                                    )
12              Plaintiff,          )
                                    )
13 v.                               )   **PROOF OF SERVICE**
                                    )
14 **FRANCISCO GARCIA-LOPEZ**,      )
                                    )
15              Defendant.          )
                                    )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20         **UNITED STATES ATTORNEY**
           efile.dkt.gc1@usdoj.gov,
21

22 Dated: July 10, 2008                          s/ *James M. Chavez*
                                                 JAMES M. CHAVEZ
23                                               Federal Defenders of San Diego, Inc.,
                                                 225 Broadway, Suite 900
24                                               San Diego, CA 92101-5030
                                                 (619) 234-8467  (tel)
25                                               (619) 687-2666  (fax)
                                                 e-mail: james_chavez@fd.org
26

27

28